**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State,                                    Respondent,

v.

Shelly Mauney,                              Appellant.

_____

Appeal From Horry County
Larry B. Hyman, Jr., Circuit Court Judge

_____

Unpublished Opinion No. 2012-UP-478
Submitted April 1, 2012 – Filed August 8, 2012

_____

**APPEAL DISMISSED**

_____

Chief Appellate Defender Robert M. Dudek, of Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.

**PER CURIAM:** Shelly Mauney appeals her conviction of second-degree burglary, arguing the circuit court erred in denying her motion for a directed verdict because the State failed to bring evidence that Mauney lacked consent to enter the building burglarized. After a thorough review of the record and brief pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), and <u>State v. Williams</u>, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]

**APPEAL DISMISSED.**

**FEW, C.J., HUFF and SHORT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.